# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-00122-MOC-DSC

| | | |
|---|---|---|
| CELGARD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SUMITOMO CHEMICAL CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff Celgard, LLC's "Motion to Place Documents Under Seal" (document #22), and the entire record herein, and for good cause shown, Plaintiff's Motion to Place Documents Under Seal is **GRANTED.**

**IT IS HEREBY ORDERED** that Plaintiff's Response to Defendant's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6) and (2), or in the Alternative, to Transfer under 28 U.S.C. § 1631, and Mr. Odom's Declaration attached thereto, be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: July 8, 2013

_____

David S. Cayer
United States Magistrate Judge