# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-00122-MOC-DSC

| | | |
|---|---|---|
| **CELGARD, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **SUMITOMO CHEMICAL CO., LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Sumitomo Chemical Co., Ltd.'s "Defendant's Motion to File Materials Under Seal" (document #35) and the entire record herein, and for good cause shown, Defendant's Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that an unredacted copy of the following materials be filed under seal:

- Reply Memorandum in Support of Defendant Sumitomo Chemical Company, Ltd.'s Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) and (2), Or In The Alternative, to Transfer Under 28 U.S.C. § 1631,

- Reply Declaration of Takeshi Goto in Support of Defendant Sumitomo Chemical Company, Ltd.'s Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) and (2), Or In The Alternative, to Transfer Under 28 U.S.C. § 1631,

- Opposition to Plaintiff Celgard's Alternative Motion for Jurisdictional Discovery, and

- Memorandum in Support of Defendant Sumitomo Chemical Co., Ltd.'s Motion to Strike.

The documents filed under seal will remain under seal permanently or until otherwise ordered.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: July 19, 2013

David S. Cayer
United States Magistrate Judge