IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00122-MOC-DSC

| | |
|---|---|
| CELGARD, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMITOMO CHEMICAL CO., LTD., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Sumitomo Chemical Company., Ltd.'s "Defendant's Motion to File Materials Under Seal," and the entire record herein, and for good cause shown, such Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the unredacted version of "Defendant Sumitomo Chemical Company, Ltd.'s Opposition to Plaintiff Celgard's Motion for Leave to File a Sur-Reply in Opposition to Defendant Sumitomo Chemical Company, Ltd.'s Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) and (2), or in the Alternative, to Transfer Under 28 U.S.C. § 1631," be filed under seal. Further, such unredacted document shall remain under seal permanently or until ordered otherwise.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to, moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 16, 2013

David S. Cayer
United States Magistrate Judge