IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00122-MOC-DSC

| | |
|---|---|
| CELGARD, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMITOMO CHEMICAL CO., LTD., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Sumitomo Chemical Company., Ltd.'s "Defendant's Motion to File Materials Under Seal," and the entire record herein, and for good cause shown, such Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the unredacted version of "Reply Brief in Support of Defendant Sumitomo Chemical Co., Ltd.'s Motion for Leave to File Surreply in Support of its Opposition to Plaintiff Celgard, LLC's Motion for Jurisdictional Discovery," be filed under seal. Further, such unredacted document shall remain under seal permanently or until ordered otherwise.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to, moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 9, 2013

David S. Cayer
United States Magistrate Judge