IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| CELGARD, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | NO. 3:13-CV-00122-MOC-DSC |
| V. | ) | |
| | ) | |
| SUMITOMO CHEMICAL COMPANY, LTD., | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

**UPON CONSIDERATION** of Plaintiff Celgard, LLC's and Defendant Sumitomo Chemical Company, Ltd.'s Joint Motion to Place Documents Under Seal, and the entire record herein, and for good cause shown, the Joint Motion to Place Documents Under Seal is **GRANTED.**

It is hereby **ORDERED** that the Joint Motion for Extension of Deadline to Conduct Jurisdictional Discovery be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED.**

Signed: December 10, 2013

David S. Cayer
United States Magistrate Judge